MARGARET MORAN, guardian, &c., appellant-respondent,

*v.*

MAMIE KELLEY, administratrix, &c., appellant-respondent.

[Decided October 20th, 1924.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *95 N. J. Eq. 380.*

*Messrs. Drewen & Perkins,* for the appellant.

*Mr. John Wahl Queen,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance* — THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS—15.

*For reversal*—None.